# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                                           CASE NO. 3:01cr22/RV

WILLIAM C ROBERTSON, SR

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   February 2, 2006

Motion/Pleadings: Motion to eliminate enhancements and reduce sentence

Filed by   Defendant   on 1/24/06   Doc.#   120

RESPONSES:

United States   on 1/31/2006   Doc.#   121

                                               on   Doc.#

____ Stipulated      ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                      s/Jerry Marbut

LC (1 OR 2)                  Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  2nd   day of  February , 2006, that:*

*(a) The relief requested is DENIED for lack of jurisdiction.*

*(b)* ____

                                                   /s/ *Roger Vinson*
                                                      *ROGER VINSON*
                                   *Senior United States District Judge*